# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
# DODGE CITY DIVISION

| | | |
|---|---|---|
| MARGARET A. PENNEL, | ) | |
| | ) | |
| Plaintiff, | ) | 6:12-cv-01084-JWL-KGS |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| CENTRAL STATES RECOVERY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, MARGARET A. PENNEL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: */s/ Adam Maxwell*
Adam Maxwell (KS Bar No. 24706)
KROHN & MOSS, LTD.
10 N. Dearborn St. 3rd Fl.
Chicago, IL 60602
(312) 578-9428
amaxwell@consumerlawcenter.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to counsel of defendant at the below address via USPS.

John B. Gilliam

Klenda Austerman, LLC

1600 Epic Center, 301 N. Main

Wichita, KS 67202

By: */s/ Adam Maxwell*
Adam Maxwell (KS Bar No. 24706)
Attorney for Plaintiff

.